## (November 10, 1983)

■ FRANCES BRADY, as Administratrix of the Estate of ROBERT BRADY, Deceased, Respondent, v REYNOLDS PRINTASIGN COMPANY et al., Appellants. — Upon remittitur from the Court of Appeals, orders, Supreme Court, New York County (Francis N. Pecora, J.), entered on July 20, 1982 and July 29, 1982, respectively, unanimously affirmed, without costs and without disbursements. No opinion. Concur — Ross, J. P., Asch, Bloom, Fein and Lynch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM COTTO, Appellant. — Judgment, Supreme Court, New York County (Harry Davis, J.), rendered on April 8, 1981, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Carro, J. P., Asch, Silverman, Bloom and Kassal, JJ.

■ ETHEL SCULL, Individually and as a Shareholder, Officer and Director and in the Right of RIVO SERVICE CORP., et al., Respondents, v ROBERT C. SCULL et al., Respondents, and RAOUL L. FELDER, Appellant. PHILLIPS, NIZER, BENJAMIN, KRIM & BALLON, Outgoing Attorneys for Respondents. — Appeal from order, Supreme Court, New York County (Louis Grossman, J.), entered on May 31, 1983, unanimously dismissed as an appeal by a nonaggrieved party. Were we to consider the merits, we would affirm. Phillips, Nizer, Benjamin, Krim and Ballon shall recover of appellant $50 costs and disbursements of this appeal. No opinion. Concur — Kupferman, J. P., Sullivan, Ross, Carro and Milonas, JJ.